BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:00-CR-00197 MCE |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT** |
| v. | |
| VARAZDAT MIRIJANYAN, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **VARAZDAT MIRIJANYAN** is hereby DISMISSED, and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

Dated: July 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1